# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-vs-<br><br>JAMES N. EBERHARD,<br><br>                        Defendant. | PO-15-5009-BLG-CSO<br>VIOLATION: 3508505<br><br>Location Code: M14<br><br>**<u>ORDER</u>** |

The United States having filed a motion to dismiss with prejudice the Violation Notice at issue in this case, and for good cause appearing,

      IT IS ORDERED that the motion (*ECF 7*) is GRANTED. Violation No. 3508505 is DISMISSED with prejudice.

      DATED this 8th day of October, 2015.

                                                    /S/ Carolyn S. Ostby      
                                                    U.S. MAGISTRATE JUDGE